IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ZACKARY TAYLOR CLARK, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:12-cv-02589-RDP-TMP |
| ROBERT BECHER, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation (Doc. 18) in the above-styled case on July 16, 2015, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be denied and dismissed with prejudice. No objections to the Report and Recommendation have been filed.

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, the court finds that the Report is due to be **ADOPTED** and the recommendation **ACCEPTED**. A corresponding order will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ___10th___ day of August, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE